UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 25bk12829 |
| Chicago South Loop Hotel Owner LLC, | Chapter 11 |
| Debtor. | Judge Timothy A. Barnes |

ORDER FOR RELIEF

      This matter comes on for consideration on the Chapter 11 Involuntary Petition Against a Non-Individual [Dkt. No. 1] (the "Involuntary Petition"); the court having conducted a hearing on the Involuntary Petition on September 10, 2025 (the "Hearing"), at which the petitioning creditor (without counsel), Tiffany Webb, counsel for Chicago South Loop Hotel Owner LLC (the "Debtor"), counsel for Hospitality Structured Funding IV, LLC, and counsel for Louis Dodd having appeared; and for the reasons stated on the record at the Hearing,

      NOW, THEREFORE, IT IS HEREBY ORDERED that:

      1.    An order for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, is hereby entered.

      2.    Pursuant to Federal Rules of Bankruptcy Procedure 1007(k) and 9001(b)(5), the Debtor, through its counsel of record in this matter, is responsible for completing all schedules, statements and other required documents.  All applicable deadlines are extended to October 1, 2025 (or, should they fall later in time, are unchanged).  The Debtor may amend the Involuntary Petition as needed on or before October 1, 2025.

      3.    A status hearing on the above-captioned case is set for October 8, 2025, at 9:30 a.m.

Dated: September 11, 2025                    ENTERED:

                                                                                                 Judge Timothy A. Barnes
                                                                                                      United States Bankruptcy Court