Form G5 (20200113_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 25-12829 |
| Chicago South Loop Hotel Owner, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| Debtor(s) | ) | |

## THIRD INTERIM ORDER (1) AUTHORIZING USE OF CASH COLLATERAL; (2) SCHEDULING FINAL HEARING; AND (3) FOR RELATED RELIEF

This cause coming to be heard on an interim basis on the Debtor's Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim Order (1) Authorizing Use of Cash Collateral; and (2) Scheduling Final Hearing, and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing, in light of the facts, that creditor Hospitality Structured Funding IV, LLC ("Hospitality") is being adequately protected pursuant to Sections 361 and 363 of the Bankruptcy Code; and it appearing, in light of the facts, that sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 provide bases for granting the requested relief; and it appearing that due notice has been given under Bankruptcy Rule 4001 and Bankruptcy Rule 2002; it is hereby ORDERED that:

1. The Motion is granted as set forth herein. The Court authorizes the Debtor to use Cash Collateral pending a final hearing on the Motion. The Debtor is authorized to make a monthly adequate protection payment to Hospitality in the amount of $41,514.65 per month, and the payments shall be made payable to "Hospitality Structured Funding IV, LLC" and remitted to its attorneys, Scott & Kraus, LLC. In the event that Hospitality consents, in writing, to the use of its Cash Collateral in a manner or amount separate from the adequate protection payment to Hospitality, the Debtor shall be authorized pursuant to this Interim Order to expend Cash Collateral for such Non-Conforming Use without further Court approval, provided that notice of the proposed modification is provided in advance to the United States Trustee. Such consent shall be determined and provided, in writing, by Hospitality's Manager, Michael Thompson.

2. As adequate protection for the Debtor's use of Cash Collateral hereunder, Hospitality, to secure payment of an amount equal to any diminution in the value of its respective collateral, is hereby granted the Replacement Liens (as defined in the Motion).

3. The final hearing on this Motion shall be set for February 25, 2026 at 11:30 a.m.

Enter:

/s/ Deborah L. Thorne

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: January 30, 2026

**Prepared by:**

Proposed Counsel for the Debtor and Debtor-In-Possession
GOLDSTEIN & MCCLINTOCK LLLP
Jeffrey Dan, Esq. (Atty. No. 6242750)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
Facsimile: (312) 277-2310
jeffd@goldmclaw.com