# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re:<br>Chicago South Loop Hotel Owner, LLC<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 25-12829<br><br>Chapter: 11<br>Honorable Deborah L. Thorne |

## ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

This matter coming to be heard on Eugene S. Kraus, Jason R. Sleezer, and Haley J. Mulherin's Motion for Leave to withdraw their Appearance filed on behalf of Hospitality Structured Funding IV, LLC, representing that due notice has been given, and the Court having been advised in the premises, WHEREFORE, IT IS ORDERED:

1. The Motion for Leave to Withdraw as Counsel is granted; and

2. Eugene S. Kraus, Jason R. Sleezer, and Haley J. Mulherin be and hereby are deemed to be withdrawn as counsel afor Hospitality Structured Funding IV, LLC and their Appearances are withdrawn for the same.

Enter:  *[signature]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: February 11, 2026

**Prepared by:**

Jason R. Sleezer (6285180)
Scott & Kraus, LLC
150 S. Wacker Drive, Suite 2900
Chicago, IL 60606
jsleezer@skcounsel.com
T: (312) 327-1050 / F: (312) 327-1051