# EXHIBIT S

# CORPORATE RESOLUTION By THE SHAREHOLDERS FOR CHICAGO SOUTH LOOP HOTEL, LLC

We, the undersigned, comprised of a majority of the shareholders of Chicago South Loop Hotel, LLC an Illinois for profit Corporation ("CSLH"), consent and agree that the following corporate resolution was made on this 4th of January 2021 at 11 West 26th Street, Chicago, Illinois 60616

The Special Meeting was called to order. It was determined that a quorum was present either in person or by proxy, and the meeting could conduct business.

The following shareholders were present in person.

Vickie White – 57% Percent shares held.

The Secretary determined and reported that the notice of the Special Meeting had been properly given or waived by the shareholders pursuant to the Bylaws of CSLH.

We do hereby consent to the adoption of the following as if it was adopted at the specially called meeting of the shareholders for CSLH. In accordance with State laws and the Bylaws of this Limited Liability Co, the shareholders decider that the following grant of authority is necessary:

NOW, THEREFORE, IT IS RESOLVED that Vickie White President be granted authority to direct and manage all lawful business on behalf of Chicago South Loop Hotel LLC/

We, the undersigned shareholders of Chicago South Loop Hotel, LLC. Constating a quorum, consent and agree to all the above on this 4th day of January 2021.

_/s/ Vickie White_
Vickie White President

The Secretary of Chicago South Loop Hotel LLC certifies that the above is a true and correct copy of the Resolution that was duly adopted at a special meeting of the shareholders.

_/s/ Vickie White_
Vickie White Secretary

# EXHIBIT T



EXPIRED HOTEL LICENSE

# IHF — INDIVIDUAL HISTORY FORM



**FORM REQUIRED:** For any individual undergoing a background check in relation to a City of Chicago business license.

**INSTRUCTIONS:** Provide the information requested below. This form must be signed by the individual whose information is provided, and A PHOTOCOPY OF CURRENT GOVERNMENT-ISSUED PHOTO ID MUST ALSO BE INCLUDED FOR THE INDIVIDUAL.

## PERSONAL INFORMATION
▷ PROVIDE THE FOLLOWING PERSONAL INFORMATION

| FIRST NAME | MIDDLE NAME | LAST NAME | MAIDEN NAME (IF APPLICABLE) | SUFFIX |
|---|---|---|---|---|
| LOUIS | P | DODD | | |

| CURRENT RESIDENTIAL STREET ADDRESS | SUITE/APT | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8740 S GRANT ST | | BURR RIDGE | IL | 60527 |

| HOME PHONE | WORK PHONE | MOBILE PHONE | EMAIL ADDRESS |
|---|---|---|---|
| ( ) | ( ) | ( 312 ) 479-3428 | |

| SSN OR ITIN | PLACE OF BIRTH | AGE | DATE OF BIRTH | JOB TITLE | RELATIONSHIP TO APPLICANT |
|---|---|---|---|---|---|
| ███ 0177 | | 77 | ███ /1944 | | |

| HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR | SEX | DRIVER'S LICENSE OR STATE ID NUMBER |
|---|---|---|---|---|---|
| 5 FT 9 IN | 180 LBS | BLACK | BROWN | MALE | ███4046 |

HAVE YOU EVER BEEN FINGERPRINTED FOR A CHICAGO BUSINESS LICENSE? ▷ ☐ NO ☒ YES* *IF YES, PROVIDE YEAR FINGERPRINTED ▷ 1997

## MARITAL HISTORY
▷ PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR MARITAL HISTORY

CURRENT MARITAL STATUS ▷ ☐ SINGLE ☐ WIDOWED ☐ MARRIED* ☐ DIVORCED* *IF MARRIED/DIVORCED, PROVIDE SPOUSE/EX-SPOUSE NAME BELOW:

| [SPOUSE OR EX-SPOUSE] FIRST NAME | MIDDLE NAME | CURRENT LAST NAME | MAIDEN NAME/MARRIED NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

NOTE: IF YOU ARE APPLYING FOR A LIQUOR LICENSE AND YOU OWN 5% OR MORE INTEREST, EITHER DIRECTLY OR INDIRECTLY, IN THE APPLICANT ENTITY, THEN YOUR CURRENT SPOUSE MUST COMPLETE A SPOUSAL AFFIDAVIT (SPA) FORM AND PROVIDE A PHOTOCOPY OF CURRENT GOVERNMENT ISSUED PHOTO ID.

## CRIMINAL HISTORY
▷ PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR CRIMINAL HISTORY (INCLUDE AN ATTACHMENT, IF NECESSARY)

HAVE YOU EVER BEEN CONVICTED OF A CRIMINAL OFFENSE? ▷ ☒ NO ☐ YES* *IF YES, PROVIDE ALL CRIMINAL CONVICTIONS BELOW:

| TYPE OF OFFENSE | CONVICTION DATE | PENALTY/SENTENCE | JURISDICTION (STATE & COUNTY) |
|---|---|---|---|
| | / / | | |
| | / / | | |

## EMPLOYMENT HISTORY
▷ PROVIDE YOUR COMPLETE EMPLOYMENT HISTORY FOR THE PAST 5 YEARS (INCLUDE AN ATTACHMENT, IF NECESSARY)

| EMPLOYER NAME (MOST RECENT) | IMMEDIATE SUPERVISOR | EMPLOYER'S PHONE |
|---|---|---|
| AMBER MOTEL INC, DBA, AMBER INN | VICKIE L. WHITE | ( 773 ) 285-1000 |

| EMPLOYER'S STREET ADDRESS | SUITE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 3901 S. MICHIGAN AVE. | | CHICAGO | IL | 60653 |

| JOB TITLE | TYPE OF WORK | EMPLOYED FROM | EMPLOYED TO |
|---|---|---|---|
| PRESIDENT | OWNER OPERATOR | 10 / 29 / 1997 | / / PRESENT |

| EMPLOYER NAME (SECOND MOST RECENT) | IMMEDIATE SUPERVISOR | EMPLOYER'S PHONE |
|---|---|---|
| CHICAGO SOUTH LOOP HOTEL, LLC | VICKIE L. WHITE | ( 312 ) 225-7000 |

| EMPLOYER'S STREET ADDRESS | SUITE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 11 W. 26TH ST | | CHICAGO | IL | 60616 |

| JOB TITLE | TYPE OF WORK | EMPLOYED FROM | EMPLOYED TO |
|---|---|---|---|
| PRESIDENT | OWNER OPERATOR | 05 / 22 / 2006 | / / PRESENT |

## ACKNOWLEDGEMENT
▷ REVIEW THE FOLLOWING STATEMENT AND SIGN YOUR ACKNOWLEDGEMENT BELOW

I hereby certify that the information supplied in this form is true and complete, and hereby authorize the City of Chicago to make all necessary inquiries to verify its accuracy. A false statement of material fact made on this form may violate federal, state and/or local law, and may subject any person making such a statement to a range of civil and criminal penalties, such as a period of incarceration, fines and an award to the City of Chicago of up to three times any damages incurred. In addition, persons who submit false information are subject to denial of the requested City action.

☒ By checking this box and TYPING my name below, I am electronically signing this form. (FOR ELECTRONIC SUBMISSION ONLY)

| PRINTED NAME OF APPLICANT | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| LOUIS P. DODD | X LOUIS P. DODD | 06/15/2021 |

Individual_History_Form_V-07-06-2017



CITY OF CHICAGO • Department of Business Affairs and Consumer Protection • Small Business Center
121 North LaSalle Street, Room 800, Chicago, IL 60602 • (312) 74-GOBIZ (744-6249) • www.cityofchicago.org/sbc



# EXHIBIT U

# Payment Plan Calculator for Tax Year 2024

The Cook County Treasurer's Office offers a financial planning tool to help you make partial payments on your delinquent property taxes. You can choose to make twice monthly or monthly partial payments, making it easier to manage your budget and, most importantly, avoid the Annual Tax Sale. The Tax Year 2024 taxes must be in paid in full prior to the start of the 2024 Annual Tax Sale, tentatively scheduled to be held on Friday, January 15, 2027. Please make sure these taxes are paid in full on or before Thursday, January 14, 2027.

**Property Index Number (PIN):** 17-28-407-012-0000

**Tax Type:** General Tax
**Tax Year:** 2024



Incorrect Image? Click Here.

**Property Location:**
39 W 26TH ST
CHICAGO, IL 60616-0000

**Volume:** 516

**Mailing Information:**
MICHIGAN PLAZA MOTEL
2600 S STATE ST
CHICAGO, IL 60616-2821

Update Your Information

### 1st Installment - Tax Year 2024

| | |
|---|---|
| Original Billed Amount: | $15,411.46 |
| Due Date: | 03/04/2025 |
| Tax: | $0.00 |
| Interest: | $0.00 |
| Publication Fee: | $0.00 |
| Current Amount Due: | $0.00 |

### 2nd Installment - Tax Year 2024

| | |
|---|---|
| Original Billed Amount: | $24,286.66 |
| Due Date: | 12/15/2025 |
| Tax: | $24,286.66 |
| Interest: | $362.95 |
| Publication Fee: | $0.00 |
| Current Amount Due: | $24,649.61 |

**Total Amount Due: $24,649.61**

## Your Monthly Payment

**$2,140.40**

## Your Monthly Payment Plan Schedule

| Payment Number | Payment Date (on or before) | Payment Amount | Beginning Balance | Ending Balance |
|---|---|---|---|---|
| 1 | 2/1/2026 | $2,140.40 | $24,659.61 | $22,519.21 |
| 2 | 3/1/2026 | $2,140.40 | $22,688.03 | $20,547.63 |
| 3 | 4/1/2026 | $2,140.40 | $20,701.66 | $18,561.26 |

| | | | | |
|---|---|---|---|---|
| 4 | 5/1/2026 | $2,140.40 | $18,700.39 | $16,559.99 |
| 5 | 6/1/2026 | $2,140.40 | $16,684.11 | $14,543.71 |
| 6 | 7/1/2026 | $2,140.40 | $14,652.71 | $12,512.31 |
| 7 | 8/1/2026 | $2,140.40 | $12,606.08 | $10,465.68 |
| 8 | 9/1/2026 | $2,140.40 | $10,544.10 | $8,403.70 |
| 9 | 10/1/2026 | $2,140.40 | $8,466.65 | $6,326.25 |
| 10 | 11/1/2026 | $2,140.40 | $6,373.62 | $4,233.22 |
| 11 | 12/1/2026 | $2,140.40 | $4,264.89 | $2,124.49 |
| 12 | 1/1/2027 | $2,140.42 | $2,140.42 | $0.00 |

By state law, interest accrues on the second of every month after the due date. Pay $24,649.61 now and save on additional interest charges. If you choose the twice monthly payment plan you will be charged an extra $980.05 in interest. If you choose the monthly payment plan you will be charged an extra $1,025.21 in interest.

**Chicago South Loop Hotel Holdings LLC**
11 West 26TH St
Chicago, IL 60616

1238
70-2655/719

Date 1-27-2026

Pay to the Order of: Cook County Treasurer        $ 2140.40

Two Thousand One Hundred Forty 40/100                    Dollars

**Centrust Bank** N.A.
Northbrook, IL 60062

For ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

# Payment Plan Calculator for Tax Year 2024

The Cook County Treasurer's Office offers a financial planning tool to help you make partial payments on your delinquent property taxes. You can choose to make twice monthly or monthly partial payments, making it easier to manage your budget and, most importantly, avoid the Annual Tax Sale. The Tax Year 2024 taxes must be in paid in full prior to the start of the 2024 Annual Tax Sale, tentatively scheduled to be held on Friday, January 15, 2027. Please make sure these taxes are paid in full on or before Thursday, January 14, 2027.

## Property Index Number (PIN): 17-28-407-007-0000

**Tax Type:** General Tax
**Tax Year:** 2024



Incorrect Image? Click Here.

**Property Location:**
33 W 26TH ST
CHICAGO, IL 60616-5093

**Volume:** 516

**Mailing Information:**
VICKIE WHITE
704 AMBRIANCE
BURR RIDGE, IL 60527-0807

Update Your Information

### 1st Installment - Tax Year 2024

| | |
|---|---|
| Original Billed Amount: | $1,866.53 |
| Due Date: | 03/04/2025 |
| Tax: | $0.00 |
| Interest: | $0.00 |
| Publication Fee: | $0.00 |
| Current Amount Due: | $0.00 |

### 2nd Installment - Tax Year 2024

| | |
|---|---|
| Original Billed Amount: | $2,926.98 |
| Due Date: | 12/15/2025 |
| Tax: | $2,926.98 |
| Interest: | $42.55 |
| Publication Fee: | $0.00 |
| Current Amount Due: | $2,969.53 |

## Total Amount Due: $2,969.53

## Your Monthly Payment

## $258.57

## Your Monthly Payment Plan Schedule

| Payment Number | Payment Date (on or before) | Payment Amount | Beginning Balance | Ending Balance |
|---|---|---|---|---|
| 1 | 2/1/2026 | $258.57 | $2,979.53 | $2,720.96 |
| 2 | 3/1/2026 | $258.57 | $2,741.29 | $2,482.72 |
| 3 | 4/1/2026 | $258.57 | $2,501.27 | $2,242.70 |

| # | Date | Payment | Balance | Remaining |
|---|------|---------|---------|-----------|
| 4 | 5/1/2026 | $258.57 | $2,259.45 | $2,000.88 |
| 5 | 6/1/2026 | $258.57 | $2,015.81 | $1,757.24 |
| 6 | 7/1/2026 | $258.57 | $1,770.34 | $1,511.77 |
| 7 | 8/1/2026 | $258.57 | $1,523.03 | $1,264.46 |
| 8 | 9/1/2026 | $258.57 | $1,273.87 | $1,015.30 |
| 9 | 10/1/2026 | $258.57 | $1,022.84 | $764.27 |
| 10 | 11/1/2026 | $258.57 | $769.93 | $511.36 |
| 11 | 12/1/2026 | $258.57 | $515.12 | $256.55 |
| 12 | 1/1/2027 | $258.47 | $258.47 | $0.00 |

By state law, interest accrues on the second of every month after the due date. Pay $2,969.53 now and save on additional interest charges. If you choose the twice monthly payment plan you will be charged an extra $117.83 in interest. If you choose the monthly payment plan you will be charged an extra $123.21 in interest.

**Chicago South Loop Hotel Holdings LLC**
11 West 26TH St
Chicago, IL 60616

1239
70-2655/719

Date 1-27-2026

Pay to the Order of: Cook County Treasurer    $ 258.57

two hundred fifty eight 57/100 — Dollars

**Centrust Bank** N.A.
Northbrook, IL 60062

For ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

# Payment Plan Calculator for Tax Year 2024

The Cook County Treasurer's Office offers a financial planning tool to help you make partial payments on your delinquent property taxes. You can choose to make twice monthly or monthly partial payments, making it easier to manage your budget and, most importantly, avoid the Annual Tax Sale. The Tax Year 2024 taxes must be in paid in full prior to the start of the 2024 Annual Tax Sale, tentatively scheduled to be held on Friday, January 15, 2027. Please make sure these taxes are paid in full on or before Thursday, January 14, 2027.

## Property Index Number (PIN):  17-28-409-006-0000

**Tax Type:** General Tax
**Tax Year:** 2024



Incorrect Image? Click Here.

**Property Location:**
2600 S STATE ST
CHICAGO, IL 60616-0000

**Volume:** 516

**Mailing Information:**
MICHIGAN PLAZA MOTEL
2600 S STATE ST
CHICAGO, IL 60616-2821

Update Your Information

| 1st Installment - Tax Year 2024 | | 2nd Installment - Tax Year 2024 | |
|---|---|---|---|
| Original Billed Amount: | $266,271.53 | Original Billed Amount: | $546,121.70 |
| Due Date: | 03/04/2025 | Due Date: | 12/15/2025 |
| Tax: | $0.00 | Tax: | $546,121.70 |
| Interest: | $0.00 | Interest: | $8,191.83 |
| Publication Fee: | $0.00 | Publication Fee: | $0.00 |
| Current Amount Due: | $0.00 | Current Amount Due: | $554,313.53 |

## Total Amount Due:  $554,313.53

## Your Monthly Payment

## $48,115.49

## Your Monthly Payment Plan Schedule

| Payment Number | Payment Date (on or before) | Payment Amount | Beginning Balance | Ending Balance |
|---|---|---|---|---|
| 1 | 2/1/2026 | $48,115.49 | $554,323.53 | $506,208.04 |
| 2 | 3/1/2026 | $48,115.49 | $510,004.53 | $461,889.04 |
| 3 | 4/1/2026 | $48,115.49 | $465,353.13 | $417,237.64 |

| | | | | |
|---|---|---|---|---|
| 4 | 5/1/2026 | $48,115.49 | $420,366.85 | $372,251.36 |
| 5 | 6/1/2026 | $48,115.49 | $375,043.17 | $326,927.68 |
| 6 | 7/1/2026 | $48,115.49 | $329,379.56 | $281,264.07 |
| 7 | 8/1/2026 | $48,115.49 | $283,373.48 | $235,257.99 |
| 8 | 9/1/2026 | $48,115.49 | $237,022.35 | $188,906.86 |
| 9 | 10/1/2026 | $48,115.49 | $190,323.59 | $142,208.10 |
| 10 | 11/1/2026 | $48,115.49 | $143,274.59 | $95,159.10 |
| 11 | 12/1/2026 | $48,115.49 | $95,872.72 | $47,757.23 |
| 12 | 1/1/2027 | $48,115.41 | $48,115.41 | $0.00 |

By state law, interest accrues on the second of every month after the due date. Pay $554,313.53 now and save on additional interest charges. If you choose the twice monthly payment plan you will be charged an extra $22,045.36 in interest. If you choose the monthly payment plan you will be charged an extra $23,062.27 in interest.

**Chicago South Loop Hotel Holdings LLC**
11 West 26TH St
Chicago, IL 60616

1234
70-2655/719

Date 1-27-2026

Pay to the Order of Cook County Treasurer   $ 48,115.49

Forty eight thousand one hundred fifteen 49/100 Dollars

**CENTRUST BANK** N.A.
Northbrook, IL 60062

For

# Payment Plan Calculator for Tax Year 2024

The Cook County Treasurer's Office offers a financial planning tool to help you make partial payments on your delinquent property taxes. You can choose to make twice monthly or monthly partial payments, making it easier to manage your budget and, most importantly, avoid the Annual Tax Sale. The Tax Year 2024 taxes must be in paid in full prior to the start of the 2024 Annual Tax Sale, tentatively scheduled to be held on Friday, January 15, 2027. Please make sure these taxes are paid in full on or before Thursday, January 14, 2027.

### Property Index Number (PIN): 17-28-410-014-0000

**Tax Type:** General Tax
**Tax Year:** 2024



**Property Location:**
2621 S DEARBORN ST
CHICAGO, IL 00000-0000

**Volume:** 516

**Mailing Information:**
MICHIGAN PLAZA MOTEL
2600 S STATE ST
CHICAGO, IL 60616-2821

Update Your Information

Incorrect Image? Click Here.

| 1st Installment - Tax Year 2024 | | 2nd Installment - Tax Year 2024 | |
|---|---|---|---|
| Original Billed Amount: | $102,164.76 | Original Billed Amount: | $186,291.01 |
| Due Date: | 03/04/2025 | Due Date: | 12/15/2025 |
| Tax: | $0.00 | Tax: | $186,291.01 |
| Interest: | $0.00 | Interest: | $2,793.02 |
| Publication Fee: | $0.00 | Publication Fee: | $0.00 |
| Current Amount Due: | $0.00 | Current Amount Due: | $189,084.03 |

## Total Amount Due: $189,084.03

## Your Monthly Payment
## $16,413.39

## Your Monthly Payment Plan Schedule

| Payment Number | Payment Date (on or before) | Payment Amount | Beginning Balance | Ending Balance |
|---|---|---|---|---|
| 1 | 2/1/2026 | $16,413.39 | $189,094.03 | $172,680.64 |
| 2 | 3/1/2026 | $16,413.39 | $173,975.67 | $157,562.28 |
| 3 | 4/1/2026 | $16,413.39 | $158,743.92 | $142,330.53 |

| # | Date | Payment | Balance | Remaining |
|---|---|---|---|---|
| 4 | 5/1/2026 | $16,413.39 | $143,397.93 | $126,984.54 |
| 5 | 6/1/2026 | $16,413.39 | $127,936.85 | $111,523.46 |
| 6 | 7/1/2026 | $16,413.39 | $112,359.81 | $95,946.42 |
| 7 | 8/1/2026 | $16,413.39 | $96,665.94 | $80,252.55 |
| 8 | 9/1/2026 | $16,413.39 | $80,854.37 | $64,440.98 |
| 9 | 10/1/2026 | $16,413.39 | $64,924.21 | $48,510.82 |
| 10 | 11/1/2026 | $16,413.39 | $48,874.58 | $32,461.19 |
| 11 | 12/1/2026 | $16,413.39 | $32,704.57 | $16,291.18 |
| 12 | 1/1/2027 | $16,413.36 | $16,413.36 | $0.00 |

By state law, interest accrues on the second of every month after the due date. Pay $189,084.03 now and save on additional interest charges. If you choose the twice monthly payment plan you will be charged an extra $7,519.77 in interest. If you choose the monthly payment plan you will be charged an extra $7,866.62 in interest.

**Chicago South Loop Hotel Holdings LLC**
11 West 26TH St
Chicago, IL 60616

1226
70-2655/719

Date 1-27-2026

Pay to the Order of Cook County Treasurer    $ 16,413.39

Sixteen Thousand four hundred thirteen 39/100 Dollars

**Centrust Bank** N.A.
Northbrook, IL 60062

For ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

MP

# LAW OFFICE OF
## J. MARK LUKANICH, P.C.

7270 W. College Drive, Suite 101
Palos Heights, Illinois 60463
Phone: 708.361.5556
Fax: 708.361.2103
*jmlukanich@jmllaw.net*

January 31, 2022

*Via email*

Sharon Grant
D. Sharon Grant & Associates
1538 W. Jackson Boulevard
Chicago, IL 60607

Re: **Chicago South Loop Hotel, LLC**

Dear Sharon:

In response to your inquiry, Chicago South Loop Hotel, LLC ("CSLH") was formed in 2006 by James White, Louis Dodd and Floyd Mix. Messrs. White and Dodd each owned 45% of the membership interests in the Company while Mr. Mix owned 10%. In January 2007, Jerry Cooper was added as a member and the membership interests of the members was, as follows: James White - 42.5%, Louis Dodd - 42.5%, Floyd Mix - 10% and Jerry Cooper -5%. Messrs. White, Mix and Cooper each passed away and their respective percentage membership interests were bequeathed to Dr. Vickie White, Vivian Murphy and Astrid Cooper. Dr. White, Ms. Murphy and Ms. Cooper thereafter became the managers of the Company. See the attached member resolution dated July 18, 2018.

Pursuant to a Membership Interest Purchase Agreement dated December 30, 2020, Dr. White purchased Vivian Murphy's 10% interest in CSLH and Astrid Cooper's 5% interest. In accordance with the terms of the Purchase Agreement, Ms. Murphy and Ms. Cooper each assigned Dr. White their respective membership interests and resigned their positions as managers and officers of CSLH. The assignments and resignations are attached for your reference. As a result, Dr. White currently owns 57.5% of the membership interests in CSLH and is the sole manager of the Company. Louis Dodd continues to own a 42.5% membership interest but is not a manager.

Hopefully this provides the information you are seeking. Should you have any questions or require anything further, please feel free to contact me.

Very truly yours,

J. Mark Lukanich

JML/jl

Enclosure