UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CHICAGO SOUTH LOOP HOTEL OWNER, ) | |
| LLC,[1] ) | Case No. 25-12829 |
| ) | |
| Debtor-in-Possession. ) | Honorable Deborah L. Thorne |
| ) | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Debtor, Chicago South Loop Hotel Owner, LLC (the "*Appellant*") submit this Notice of Appeal (this "*Notice*") in conformity with Bankruptcy Form B417A.

### Part 1: Identify the appellant(s)

1. Names of Appellant:

Chicago South Loop Hotel Owner, LLC.

2. Position of Appellants in the bankruptcy case:

Debtor.

### Part 2:  Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:

*Memorandum Opinion* [Docket No. 97] (the "*Opinion*") and *Order Granting Motion to Dismiss* (the "*Order*") [Docket No. 98].

2. State the date on which the judgment, order, or decree was entered:

March 10, 2026.

---

[1] The last four digits of the Debtor's tax identification number are 4789.  The location of the Debtor's headquarters is 11 W. 26th Street, Chicago, IL 60616.

**Part 3: Identify the other parties to the appeal**

The other parties to the Memorandum Opinion, and the names, addresses, and telephone numbers of their attorneys, are as follows:

| | |
|---|---|
| Chicago South Loop Hotel Owner, LLC<br><br>**(Appellant)** | **GOLDSTEIN & MCCLINTOCK LLLP**<br>Harley J. Goldstein (Atty. No. 6256010)<br>Jeffrey C. Dan (Atty. No. 6242750)<br>111 W. Washington Street, Suite 1221<br>Chicago, IL 60602<br>Telephone: (312) 337-7700<br>harleyg@goldmclaw.com<br>jeffd@goldmclaw.com<br><br>*Counsel to Debtor Chicago South Loop Hotel Owner, LLC* |
| Louis Dodd<br><br>**(Appellee)** | **Raines Feldman Littrell LLP**<br>Mark S. Melickian (Atty. No. 6229843)<br>30 N. LaSalle St., Suite 3100<br>Chicago, IL 60602<br>Telephone: 312-704-2174<br>Email: mmelickian@raineslaw.com<br><br>*Counsel to Louis Dodd* |
| Hospitality Structured Funding IV, LLC<br><br>**(Appellee)** | **Gensburg Calandriello & Kanter, P.C.**<br>Matthew T. Gensburg (Atty. No. 6187247)<br>200 West Adams, Suite 2425<br>Chicago, IL 60606<br>Telephone: 312-263-2200<br>Email: mgensburg@gcklegal.com<br><br>*Counsel to Hospitality Structured Funding IV, LLC* |
| Premier Hospitality, Paris Fountis and Sector Corporation<br><br>**(Notice Party)** | **Chitkowski Law Offices**<br>John J. Chitkowski (Atty. No. 6205638)<br>Corey B. Stern (Atty. No. 6273102)<br>901 Warrenville Road, Suite 103<br>Lisle, IL 60532Chicago, IL 60602<br>Telephone: 630-824-4808<br>Email: jjc@chitkowskilaw.com<br>cbs@chitkowski.com<br><br>*Counsel to Premier Hospitality, Paris Fountis and Sector Corporation* |

| | |
|---|---|
| Vickie White<br><br>**(Notice Party)** | **Gregory E. Kulis & Associates, Ltd.**<br>Kenneth Hurst (Atty. No. 6322595)<br>134 N. LaSalle St., Suite 444<br>Chicago, IL 60602<br>Telephone: 312-580-6218<br>Email: khurst@kulislawltd.com<br><br>*Counsel to Vickie White* |
| L LC<br><br>**(Notice Party)** | **Jordan & Zito LLC**<br>Gregory J. Jordan (Atty. No. 6205510)<br>Mark R. Zito (Atty. No. 6276231)<br>350 N. LaSalle St., Suite 700<br>Chicago, IL 60654<br>Telephone: 312-854-7181<br>Email: gjordan@jz-llc.com<br>mzito@jz-llc.com<br><br>*Counsel to L LC* |
| Chicago South Loop Hotel Holdings LLC<br><br>**(Notice Party)** | **Law Offices of Konstantine Spargais, P.C.**<br>Konstantine T. Sparagis (Atty. No. 6256702)<br>900 W. Jackson Blved., Suite 4E<br>Chicago, IL 60607<br>Telephone: 312-753-6956<br>Email: gus@konstantinelaw.com<br><br>*Counsel to Chicago South Loop Hotel Holdings LLC* |
| Office of the United States Trustee<br><br>**(Notice Party)** | **OFFICE OF THE UNITED STATES TRUSTEE**<br>Spencer Ezell<br>219 S. Dearborn, Room 873<br>Chicago, IL 60604<br>Telephone: 202-702-6338<br>Email: Spencer.Ezell@usdoj.gov |

**Part 4: Optional election to have appeal heard by District Court:**

As there is no Bankruptcy Appellate Panel in this judicial district, this appeal must proceed to the District Court and this section is not applicable.

**Part 5: Sign Below:**

Dated: March 11, 2025  **GOLDSTEIN & MCCLINTOCK LLLP**

By: */s/ Jeffrey C. Dan*
Jeffrey C. Dan (Atty. No. 6242750)
Harley J. Goldstein (Atty. No. 6256010)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
Facsimile: (312) 277-3315
jeffd@goldmclaw.com
harleyg@goldmclaw.com

ATTORNEYS FOR DEBTOR CHICAGO
SOUTH LOOP HOTEL OWNER, LLC