**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 26-cv- 2786 |
| CHICAGO SOUTH LOOP HOTEL OWNER, LLC,[1] | ) |
| | ) Honorable Edmond E. Chang |
| | ) |
| Debtor-in-Possession. | ) Appeal from Bankruptcy Case |
| | ) 25-12829 |

**APPELLANT'S AMENDED DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF THE ISSUES**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Debtor, Chicago South Loop Hotel Owner, LLC ("*Appellant*" or "*Debtor*"), by and through its undersigned counsel, hereby submits this statement of issues and designation of items to be included in Appellant's appeal of (i) the Memorandum Opinion (the "*Opinion*") [Docket No. 97] entered on March 10, 2026; and (ii) the related Order Granting Motion to Dismiss (the "*Order*") [Docket No. 98] entered on March 10, 2026.

**STATEMENT OF THE ISSUES ON APPEAL**[2]

Appellant hereby states the following as issues on appeal pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1)(A):

1.      Did the Debtor have proper corporate authority to act through Todd Hansen on behalf of the Debtor in pursuing the Chapter 11 case?

2.      Did the Bankruptcy Court err in ruling that the Debtor did not have proper corporate authority to act through Todd Hansen on behalf of the Debtor in pursuing the Chapter 11 case?

---

1       The last four digits of the Debtor's tax identification number are 4789.  The location of the Debtor's headquarters is 11 W. 26th Street, Chicago, IL 60616.

2        Capitalized terms carry the meaning ascribed to them in the corresponding decision or order from which appealed.

## DESIGNATION OF THE RECORD ON APPEAL[3]

Appellant submits the following designation of items to be included in the record on

appeal, which includes all exhibits, appendices, and/or addenda:

### A. Docket Entries

The Appellant designates the following items to be included in the record on appeal:

| Chicago South Loop Hotel Owner LLC, Case No. 25-12829 | | | |
|---|---|---|---|
| Item No. | Filing Date | Docket No. | Pleading |
| 1 | 8/20/25 | 1 | Chapter 11 Involuntary Petition Against a Non-Individual |
| 2 | 9/11/25 | 15 | Order for Relief Under Chapter 11 |
| 3 | 10/1/25 | 23 | Voluntary Petition |
| 4 | 10/1/25 | 25 | List of Equity Security Holders |
| 5 | 10/1/25 | 26 | Corporate Ownership Statement |
| 6 | 10/1/25 | 28 | Schedules A/B,C,D,E/F,G,H with Declaration |
| 7 | 10/1/25 | 29 | Statement of Financial Affairs for Non-Individual |
| 8 | 10/3/25 | 30 | Transcript regarding Hearing Held 9/10/25 |
| 9 | 10/22/25 | 45 | Notice of Motion and Motion to Use Cash Collateral thru: 12/31/2025 |
| 10 | 11/6/25 | 51 | Interim Order Granting in Part, Continuing Motion to Use Cash Collateral |
| 11 | 11/10/25 | 52 | Notice of Motion and Motion to Dismiss Debtor or to Appoint a Chapter 11 Trustee and to Shorten Notice |
| 12 | 11/13/25 | 56 | Notice of Objection |
| 13 | 11/20/25 | 60 | Chapter 11 Monthly Operating Report for the Month Ending 9/30/25 |

---

[3]      Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, all documents admitted into evidence.

| 14 | 11/20/25 | 61 | Chapter 11 Monthly Operating Report for the Month Ending 10/31/25 |
| 15 | 12/11/25 | 65 | Response to Motion to Dismiss |
| 16 | 12/17/25 | 68 | Second Interim Order Granting in Part, Continuing Motion to Use Cash Collateral |
| 17 | 1/14/26 | 73 | Reply in Support to Motion to Dismiss |
| 18 | 1/21/26 | 74 | Response to Motion to Dismiss |
| 19 | 1/30/26 | 80 | Third Interim Order Granting in Part, Continuing Motion to Use Cash Collateral |
| 20 | 2/4/26 | 82 | Transcript regarding Hearing Held 1/28/26 |
| 21 | 2/18/26 | 88 | Supplemental Response to Motion to Dismiss |
| 22 | 2/18/26 | 89 | Supplemental Response to Motion to Dismiss |
| 23 | 2/19/26 | 90 | Exhibits T-U |
| 24 | 2/20/26 | 91 | Supplemental Response to Motion to Dismiss |
| 25 | 2/23/26 | 92 | Chapter 11 Monthly Operating Report for the Month Ending 11/30/25 |
| 26 | 2/27/26 | 95 | Chapter 11 Monthly Operating Report for the Month Ending 12/31/25 |
| 27 | 3/5/26 | 96 | Fourth Interim Order Granting in Part, Continuing Motion to Use Cash Collateral |
| 28 | 3/10/26 | 97 | Memorandum Opinion re Motion to Dismiss |
| 29 | 3/10/26 | 98 | Order Granting Motion to Dismiss Debtor |
| 30 | 3/11/26 | 99 | Notice of Appeal to District Court |

Dated: April 9, 2026

**GOLDSTEIN & MCCLINTOCK LLLP**

By:  */s/ Jeffrey C. Dan*

Jeffrey C. Dan (Atty. No. 6242750)
Harley J. Goldstein (Atty. No. 6256010)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
jeffd@goldmclaw.com
harleyg@goldmclaw.com

*Attorneys for Debtor Chicago South Loop Hotel Owner, LLC*