# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

### 219 South Dearborn

### Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

| | |
|---|---|
| Date | 04/23/2026 |
| Bankruptcy Case Number | 25 B 12829 |
| Case Name | Chicago South Loop Hotel Owner LLC |
| Notice of Appeal Filed | 03/24/2026 |
| Appellant | Tiffany Webb |
| District Court Number | 26 cv 3270 |
| District Court Judge | Steven C. Seeger |

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Sir:

Pursuant to **Bankruptcy Rule 8010** transmitted herewith is the Record on Appeal.  The Record on Appeal consists of:

☐ Designation and Statement of Issues          ☐ Exhibits

☑ Transmittal Letter          ☐ Transcript(s)

☑ Copy of Docket Sheet

Additional Items Included

☑ Appellant's Designation of Record was not submitted

    Follow-up Letter to Appellant re: Designation of Record

☐ Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

☐ _____

    _____

Previous D C Judge _____          Case Number _____

By Deputy Clerk   Aaron Bowles

Rev 02/13/2023bb